SCWC-12-0000446

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE
FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-12,
Respondents/Plaintiffs-Appellees,

vs.

ARNA LAHELA JOHNSON AND GERALYN LAPITAN CAMARILLO,
Petitioners/Defendants-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000446; CIVIL NO. 1RC10-1-10634)

AMENDED ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ., and
Circuit Judge Perkins, in place of Recktenwald, C.J., recused)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (Supp. 2011); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioners/Defendants-Appellants Arna Lahela Johnson and Geralyn Lapitan Camarillo's application for writ of certiorari, filed July 2, 2013, is dismissed without prejudice to re-filing the application pursuant

to HRAP Rule 40.1(a) (2012) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawai'i, July 17, 2013.

R. Steven Geshell,
for petitioners

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Richard K. Perkins

